Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
14, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed March 14, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00215-CV

____________

 

IN RE EARL WINGERTER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On March
13, 2007, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Carroll E. Wilborn, Jr.,
presiding judge of the 344th District Court of Chambers County, to set aside
his order of February 1, 2007.  Relator also filed a motion for an emergency
stay of the March 14, 2007, deadline for production of documents.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus.  Relator=s motion for emergency relief is
denied as moot.








 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed March 14, 2007.

Panel consists of Justices Yates,
Hudson, and Fowler.